Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000205
26-SEP-2019
09:27 AM

NO. CAAP-19-0000205

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

HLH LLC and LEGACY HARDWOODS, INC., Plaintiffs-Counterclaim
Defendants/Appellants, v. KUKAIAU RANCH, LLC,
Defendant-Counterclaim Plaintiff/Appellee, and
JOHN DOES 1-5; JANE DOES 1-5; DOE PARTNERSHIPS 1-5;
DOE CORPORATIONS 1-5; DOE ASSOCIATIONS 1-5; DOE TRUSTS 1-5;
and DOE ENTITIES 1-5, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 17-1-0138)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the "Stipulation for Dismissal
With Prejudice of all Claims on Appeal and Request for Approval
and Order," filed August 23, 2019, by Defendant-Counterclaim
Plaintiff/Appellee Kukaiau Ranch, LLC, the papers in support, and
the record, it appears that (1) the appeal has been docketed; (2)
the parties stipulate to dismiss the appeal with prejudice and
bear their own attorneys' fees and costs on appeal; (3) the
stipulation is dated and signed by counsel for all parties
appearing in the appeal; and (4) dismissal is authorized by
Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to
dismiss the appeal is approved and the appeal is dismissed with

prejudice.   The parties shall bear their own attorneys' fees and costs on appeal.

DATED:   Honolulu, Hawaiʻi, September 26, 2019.


Chief Judge

Associate Judge

Associate Judge

2